IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02321-ZLW-MEH

DS WATERS OF AMERICA, INC.;

    Plaintiff,

v.

WESTERN SLOPE BAR SUPPLIES, INC.;

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 7, 2006.**

    The parties' Amended Joint Motion for Entry of Consent Order Regarding Return of Plaintiff's Property [Filed December 5, 2006; Docket #23] is **granted**. The Court will sign and enter the Consent Order on the record.