IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02321-ZLW-MEH

DS WATERS OF AMERICA, INC.,

    Plaintiff,

v.

WESTERN SLOPE BAR SUPPLIES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, March 20, 2007.**

    For good cause shown, the parties' Joint Motion for Modification of the Scheduling Order [Filed March 16, 2007; Docket #64] is **granted**. The discovery deadlines are extended by 28 days as follows:

| | |
|---|---|
| Joinder of parties and amendment of pleadings: | April 13, 2007 |
| Expert witness disclosures: | June 12, 2007 |
| Rebuttal expert witness disclosures: | July 13, 2007 |
| Submission of written discovery: | September 28, 2007 |
| Discovery cutoff: | October 29, 2007 |
| Deadline to consent to a magistrate judge: | November 8, 2007 |
| Dispositive and discovery motion deadline: | November 30, 2007 |