IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-02321-ZLW-MEH

DS WATERS OF AMERICA, INC.,

    Plaintiff,

v.

WESTERN SLOPE BAR SUPPLIES, INC.,
a Colorado corporation,

    Defendant.
_____

## ORDER
_____

    The matter before the Court is Defendant's Motion To Dismiss Plaintiff's Contract-Based Claims And Fraud Claim (Doc. No. 49). Plaintiff has attached exhibits to its response brief which, contrary to Plaintiff's assertion, are not referenced in the Amended Complaint. Therefore, pursuant to Fed. R. Civ. P. 12(b), it is

    ORDERED that Defendant's motion shall be treated as one for summary judgment and disposed of as provided in Fed. R. Civ. P. 56. It is

    FURTHER ORDERED that the parties may file any additional materials made pertinent by Rule 56 on or before May 4, 2007, at 9:00 a.m.

    DATED at Denver, Colorado, this   26   day of April, 2007.

                      BY THE COURT:

                      *[signature]*
                      ZITA L. WEINSHIENK, Senior Judge
                      United States District Court