IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-02321-ZLW-MEH

DS WATERS OF AMERICA, INC.,

    Plaintiff,

v.

WESTERN SLOPE BAR SUPPLIES, INC.,
a Colorado corporation,

    Defendant.

_____

### ORDER
_____

It is ORDERED that on or before May 7, 2007, at 9:00 a.m., the parties shall file simultaneous briefs to supplement those submitted on Defendant's pending motion to dismiss, not to exceed five pages each, addressing whether Defendant had an independent duty outside of any contractual duty to disclose to Plaintiff that potentially unsafe water products may have been packaged in Sierra Springs bottles.  The parties shall cite to specific legal authority supporting the existence or non-existence of such a duty.

DATED at Denver, Colorado, this __3__ day of May, 2007.

BY THE COURT:

*[signature]*

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court