IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

May 9, 2007

Therese Lindblom, Court Reporter
LaDonne Bush, Deputy Clerk

Civil Action No. 06-cv-02321-ZLW-MEH

DS WATERS OF AMERICA, INC.,   David Pavek
                              Susan Eisenbraun

    Plaintiff,

v.

WESTERN SLOPE BAR SUPPLIES, INC.,   Scott Browning
                                    Alex Myers

    Defendant.

## COURTROOM MINUTES

**Hearing on Motions**

2:06 p.m.    Court in session.

Court's preliminary comments.

Argument by Mr. Browning and Mr. Pavek.

**ORDERED:** Defendant's Motion To Dismiss Plaintiff's Contract-Based Claims And Fraud Claim (Doc. 49), treated as a motion for partial summary judgment, is denied.

**ORDERED:** Plaintiff's Motion For Leave To File A Second Amended Complaint (Doc. 72) is denied.

2:49 p.m.    Court in recess.

Hearing concluded.
Time: 00:43