IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02321-ZLW-MEH

DS WATERS OF AMERICA, INC.,

    Plaintiff,

v.

WESTERN SLOPE BAR SUPPLIES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 15, 2007.**

    For good cause shown, Defendant's Unopposed Motion for Modification of the Scheduling Order [Filed May 15, 2007; Docket #86] is **granted**. The deadline for submission of a deposition schedule is changed to May 25, 2007.