IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02321-ZLW-MEH

DS WATERS OF AMERICA, INC.,

    Plaintiff,

v.

WESTERN SLOPE BAR SUPPLIES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 23, 2007.**

    To allow the parties to diligently complete as much discovery as possible prior to the discovery cut-off, Defendant's opposed Motion to Shorten the Deposition Notice Period for Two Depositions [Filed October 22, 2007; Docket #105] is **granted**. Counsel shall work together to conduct as many depositions as possible prior to the discovery deadline. This case is already almost a year old, and the parties have had almost nine months for discovery, during most of which the parties were not working on either discovery or settlement. It is time to get the case ready for trial, and the Court expects the parties to continue to communicate in good faith toward that end.