IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-02321-ZLW-MEH

DS WATERS OF AMERICA, INC.,

     Plaintiff,

v.

WESTERN SLOPE BAR SUPPLIES, INC.,
a Colorado corporation,

     Defendant.
_____

ORDER
_____

     The matter before the Court is Plaintiff's Motion For Review of Magistrate Judge Hegarty's Order Denying Plaintiff's Motion For Extension Of Time To Complete Discovery And Order Granting Defendant's Motion To Shorten The Deposition Notice Period For Two Depositions.  Plaintiff objects to two nondispositive Orders issued by Judge Michael E. Hegarty on October 23, 2007 (Doc. Nos. 106 and 112).  Having reviewed the Plaintiff's motion, the case file, and the relevant legal authority, the Court concludes that Magistrate Judge Hegarty's Orders were not clearly erroneous or contrary to law.[1]  The Court agrees with the Magistrate Judge that Plaintiff has not shown good cause for an extension of the discovery deadline, but the parties are encouraged to continue settlement discussions.  Accordingly, it is

     ORDERED that Plaintiff's Motion For Review of Magistrate Judge Hegarty's Order Denying Plaintiff's Motion For Extension Of Time To Complete Discovery And

---

[1] See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a).

Order Granting Defendant's Motion To Shorten The Deposition Notice Period For Two Depositions (Doc. No. 114), treated as an objection to said Orders, is overruled.

DATED at Denver, Colorado, this ___30___ day of October, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court