IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02321-ZLW-MEH

DS WATERS OF AMERICA, INC.,

    Plaintiff,

v.

WESTERN SLOPE BAR SUPPLIES, INC.,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court on Defendant's Affidavit Fees and Costs for October 18–19, 2007 Settlement Conference [Docket #124]. The Court directed Defendant to file this Affidavit after awarding fees and costs to Defendant in the Order for Sanctions dated October 23, 2007. Dock. #108. That Order is incorporated herein by reference.

The Court has reviewed the affidavit submitted and concludes that the cost of travel, parking and attorney's fees is reasonable. The Court, however, does not believe that the cost of $354.07 for one night's stay at the Westin Tabor Hotel is reasonable for this sanction and will reduce the amount to be recovered for the hotel by $200.00. Accordingly, Plaintiff is directed to pay Defendant's costs and fees in the amount of $3,959.67 no later than **November 30, 2007**, for the expenses incurred as a result of the October 18-19, 2007, settlement conference.

Dated at Denver, Colorado, this 2nd day of November, 2007.

                                            BY THE COURT:

                                            s/ Michael E. Hegarty
                                            Michael E. Hegarty
                                            United States Magistrate Judge