IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No. 06-cv-02321-ZLW-MEH  Date: November 2, 2007
Courtroom Deputy: Cathy Coomes  **FTR – Courtroom C203**

DS WATERS OF AMERICA, INC., David Pavek (by telephone)

    Plaintiff,

vs.

WESTERN SLOPE BAR SUPPLIES, INC., Alex Myers

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONE MOTION HEARING**

**Court in session:**   4:06 p.m.

Court calls case. Appearances of counsel.

Argument and discussion regarding Defendant's Motion to Compel Responses to Defendant's Written Discovery Requests (Doc. #127, filed 11/2/07).

Discussion regarding depositions.

**ORDERED:** For reasons stated on the record, Defendant's Motion to Compel Responses to Defendant's Written Discovery Requests (Doc. #127, filed 11/2/07) is GRANTED in part and DENIED in part as follows:

    1. The Motion is GRANTED to the extent that Plaintiff will provide the relevant documents to Defendant by **November 9, 2007.**

    2. The Motion is DENIED to the extent that it requests them to be produced by November 5, 2007.

**Court in recess:**   4:30 p.m.  (Hearing concluded)
**Total time in court:**   0:24