IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-02321-ZLW-MEH

DS WATERS OF AMERICA, INC.,

    Plaintiff,

v.

WESTERN SLOPE BAR SUPPLIES, INC.,
a Colorado corporation,

    Defendant.
_____

ORDER
_____

The matter before the Court is Plaintiff's Motion For Review Of Magistrate Judge Hegarty's Order For Sanctions.  Plaintiff objects to a nondispositive Order issued by Magistrate Judge Michael E. Hegarty on October 23, 2007 (Doc. No. 108) awarding Defendant its attorneys' fees and costs incurred in appearing at the October 18-19, 2007, settlement conference.  Having reviewed Plaintiff's motion, the case file, and the relevant legal authority, the Court concludes that Magistrate Judge Hegarty's Order was not clearly erroneous or contrary to law.[1]  Plaintiff has submitted no evidence, such as affidavits, providing any basis for its assertion that Nathan Laverty had full authority to settle the case on behalf of Defendant, disputing that Ryan Owens informed Magistrate Judge Hegarty that Mr. Laverty had settlement authority only "to a point," or indicating that Mr. Owens' statement was inaccurate.  Accordingly, it is

---

[1] See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a).

ORDERED that Plaintiff's Motion For Review Of Magistrate Judge Hegarty's Order For Sanctions (Doc. No. 126), treated as an objection to said Order, is overruled, and the motion is denied.

DATED at Denver, Colorado, this ___14___ day of November, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court