IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02321-ZLW-MEH

DS WATERS OF AMERICA, INC.,

    Plaintiff,

v.

WESTERN SLOPE BAR SUPPLIES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 16, 2007.**

    Upon notice of settlement by the parties, Plaintiff's Motion to Compel Defendant [] to Respond to Plaintiff's [] Discovery Requests and Motion for Expenses [filed November 15, 2007; doc #134] is **denied as moot**.