IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02321-ZLW-MEH

DS WATERS OF AMERICA, INC.,

    Plaintiff,

v.

WESTERN SLOPE BAR SUPPLIES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 26, 2007.**

    The Plaintiff's Motion for Authority to File Motion for Reconsideration Under Seal [filed November 19, 2007; doc #138] is **stricken** for failure to comply with D.C. Colo. LCivR 7.1A.