IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-02321-ZLW-MEH

DS WATERS OF AMERICA, INC.,

     Plaintiff,

v.

WESTERN SLOPE BAR SUPPLIES, INC.,
a Colorado corporation,

     Defendant.
_____

ORDER
_____

     Magistrate Judge Michael E. Hegarty had advised this Court that this case has

settled.  Therefore, it is

     ORDERED that this case is held in abeyance pending the filing of settlement

papers.  It is

     FURTHER ORDERED that settlement papers shall be filed on or before

December 6, 2007.  If by that date settlement papers have not been received by the

Court, on December 13, 2007, the case will be dismissed without prejudice.

     DATED at Denver, Colorado, this  28  day of November, 2007.

                 BY THE COURT:

                 _____
                 ZITA L. WEINSHIENK,  Senior Judge
                 United States District Court