IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02321-ZLW-MEH

DS WATERS OF AMERICA, INC.,

    Plaintiff,

v.

WESTERN SLOPE BAR SUPPLIES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 29, 2007.**

    Plaintiff's Motion for Authority to File Motion for Reconsideration Under Seal [Filed November 26, 2007; Docket #141] is **denied without prejudice**. First, Plaintiff's Motion still fails to meet the good-faith requirement of D.C.Colo.L.Civ.R. 7.1.A, Duty to Confer. Second, pursuant to Local Rule 7.2.C, Plaintiff must submit the proposed motion for reconsideration under seal accompanied by a motion to seal.