IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-02321-ZLW-MEH

DS WATERS OF AMERICA, INC.,

    Plaintiff,

v.

WESTERN SLOPE BAR SUPPLIES, INC.,
a Colorado corporation,

    Defendant.
_____

## ORDER
_____

    The matter before the Court is Plaintiff's Motion For Reconsideration Of Motion For Review Of Magistrate Judge Hegarty's Order for Sanctions. Said motion was referred to Magistrate Judge Michael E. Hegarty for recommendation on December 4, 2007. On December 12, 2007, Magistrate Judge Hegarty issued a Recommendation that the motion be denied. On December 21, 2007, Plaintiff filed a Response In Opposition To Recommendation On Motion For Reconsideration Of Motion For Review Of Magistrate Judge Hegarty's Order For Sanctions, which the Court treats as an objection to the December 12, 2007, Recommendation. Having reviewed carefully Plaintiff's present motion, the Magistrate Judge's Recommendation, Plaintiff's objection thereto, and the case file, the Court concludes that the nondispositive

Recommendation is not clearly erroneous or contrary to law.[1] In fact, the Court emphatically agrees with the action and Recommendation of the Magistrate Judge. Therefore, the Magistrate Judge's Recommendation is adopted. Accordingly, it is

ORDERED that Plaintiff's Response In Opposition To Recommendation On Motion For Reconsideration Of Motion For Review Of Magistrate Judge Hegarty's Order For Sanctions (Doc. No. 159), treated as an objection to Magistrate Judge Hegarty's Recommendation of December 12, 2007, is overruled. It is

FURTHER ORDERED that Plaintiff's Motion For Reconsideration Of Motion For Review Of Magistrate Judge Hegarty's Order For Sanctions (Doc. No. 150) is denied.

DATED at Denver, Colorado, this  20  day of February, 2008.

BY THE COURT:

*s/ Zita L. Weinshienk*
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

---

[1] See Fed. R. Civ. P. 72(a).