IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-02321-ZLW-MEH

DS WATERS OF AMERICA, INC.,

    Plaintiff,

v.

WESTERN SLOPE BAR SUPPLIES, INC.,
a Colorado corporation,

    Defendant.
_____

## ORDER OF DISMISSAL
_____

Pursuant to and in accordance with the Stipulation For Dismissal With Prejudice (Doc. No. 155), signed by the attorneys for the parties hereto, it is

ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own attorneys' fees and costs.

DATED at Denver, Colorado, this  20  day of February, 2008.

BY THE COURT:

*s/ Zita L. Weinshienk*
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court